THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID F. PIETRYKA, HELEN :
PIETRYKA, and DAVID P. PIETRYKA :
:
:
:
Plaintiffs, : 3:24-CV-00915
: (JUDGE MARIANI)
v. :
:
UNITED STATES OF AMERICA :
:
Defendant. :

### ORDER

AND NOW, THIS ____ DAY OF FEBRUARY 2025, upon consideration of Defendant's motion to dismiss for lack of subject-matter jurisdiction, (Doc. 5), **IT IS HEREBY ORDERED THAT:** Defendant's motion, (Doc. 5), will be **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendant's motion to dismiss Count I, alleging negligence under the Federal Tort Claims Act, is **DENIED**.

2. Defendant's motion to dismiss Count II, alleging violations of the Pennsylvania Wage Payment & Collection Law, is **GRANTED**.  Count II is dismissed **WITHOUT PREJUDICE** to allow Plaintiffs to proceed in an appropriate forum.

_____
Robert D. Mariani
United States District Judge